USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2059 RONALD L'HEUREUX, Plaintiff, Appellant, v. WALTER WHITMAN AND JUSTIN AMEIAL, Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.     Ronald L'Heureux on brief pro se. Sheldon Whitehouse, Attorney General, and Elisabeth A.Wallace, Special Assistant Attorney General, on Motion to DismissAppeal or to Summarily Affirm the Judgment Below, for appellees.June 7, 1999   Per Curiam. Upon careful review of the record, appellant's brief, and defendant's motion to dismiss the appeal or for summary disposition, we conclude that this appeal is frivolous. The dismissal was proper for the reasons stated in the magistrate judge's Report and Recommendation dated August 5, 1998, and adopted by the district court. Plaintiff's meritless and irrelevant appellate arguments cast no doubt on the dismissal. Defendant's motion for reconsideration of the default order is granted, that default order is vacated, and defendant's motion to dismiss is treated as his brief. Defendant's motion for summary disposition is granted. Affirmed. See 1st Cir. Loc. R. 27.1.